FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JAN 18 PM 12: 13
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DIAMOND CASINO CRUISE, LLC; )<br>GREGORY L. SICILIA; JEFFREY )<br>M. THOMPSON; and JOHN H. )<br>STERNBERG; )<br>)<br>Defendants. )<br>)  | CASE NO. CR412-141 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 104), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant Diamond Casino Cruise's ("DCC") Motion to Dismiss or to Strike Forfeiture Allegations (Doc. 56) is **DISMISSED**. Should the need arise, Defendant DCC may refile its motion at the appropriate time.

SO ORDERED this 18th day of January 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA